UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAE SYSTEMS INFORMATION AND ELECTRONIC SYSTEMS INTEGRATION INC., <br><br> Plaintiff, <br><br> v. <br><br> L3HARRIS CINCINNATI ELECTRONICS CORPORATION F/K/A L3 CINCINNATI ELECTRONICS CORPORATION, <br><br> Defendant. | Case No. 1:23-cv-01860 <br><br> **NOTICE OF MOTION TO DISMISS THE COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated April 20, 2023, the Declaration of Maria Conley, dated April 20, 2023, the exhibits annexed thereto, and all prior pleadings and proceedings herein, Defendant L3HARRIS CINCINNATI ELECTRONICS CORPORATION f/k/a L3 CINCINNATI ELECTRONICS CORPORATION ("L3Harris"), by its undersigned counsel, Dentons US LLP, will move this Court, before the Honorable Paul A. Crotty, in Courtroom 14C, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a time and date convenient for the Court, for an Order dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) with prejudice and granting such other and further relief as the Court deems just and proper.

Plaintiff's opposition papers, if any, are due May 11, 2023. L3Harris' reply papers, if any, are due, May 22, 2023.

Dated: New York, New York
April 20, 2023

Respectfully submitted,

By: */s/Daniel A. Schnapp*
Daniel A. Schnapp
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 398 7630
daniel.schnapp@dentons.com

*Attorney for Defendant L3Harris*