UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAE SYSTEMS INFORMATION AND ELECTRONIC SYSTEMS INTEGRATION INC., <br><br> Plaintiff, <br><br> v. <br><br> L3HARRIS CINCINNATI ELECTRONICS CORPORATION F/K/A L3 CINCINNATI ELECTRONICS CORPORATION, <br><br> Defendant. | Case No. 1:23-cv-01860 <br><br> [~~PROPOSED~~] **ORDER GRANTING DEFENDANT'S MOTION TO FILE EXHIBITS UNDER PARTIAL SEAL** |

Upon consideration of the Motion to File the Exhibits Supporting its Motion to Dismiss Under Partial Seal filed by Defendant L3Harris Cincinnati Electronics Corporation f/k/a L3 Cincinnati Electronics Corporation ("L3Harris"), the Motion is hereby **GRANTED**.

It is hereby **ORDERED** this   21st   day of   April  , 2023, that the proposed redactions contained in Exhibit 1 and Exhibit 2 from the Annexed Declaration supporting L3Harris' Motion to Dismiss are hereby approved.

DATED:  4/21/2023  

_____
The Honorable Paul A. Crotty
UNITED STATES DISTRICT COURT JUDGE