**DENTONS**

Daniel A. Schnapp
Partner

daniel.schnapp@dentons.com
D   +1 212 398 7630

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
United States

dentons.com

(VIA ECF)                                                June 11, 2024
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**RE: BAE Systems Information and Electronic Systems Integration Inc. v. L3Harris Cincinnati Corporation f/k/a L3 Cincinnati Electronic Corporation, 1:23-cv-01860**

Dear Judge Hellerstein:

As the Court is aware, this firm represents Defendant L3Harris Cincinnati Corporation f/k/a L3 Cincinnati Electronic Corporation ("L3Harris").  We jointly write on behalf of the Plaintiff, BAE Systems Information and Electronic Systems Integration Inc. ("BAE Systems") and Defendant L3Harris to respectfully request that the Court adjourn the June 14, 2024 status conference, which was set by the Court's May 3, 2024 Order (ECF No. 41), for a period of no less than 30 days.

The parties have undertaken discussions about potentially resolving some of the claims at issue in this case through a private mediation process, which may narrow the scope of the litigation. This process is expected to take several weeks to conclude.

The parties met and conferred to discuss this joint motion and have agreed that staying the status conference for a period of 30 days will give the parties an opportunity to advance these discussions.  There is good cause for this request because the parties are hopeful that through this process, they may reach a mutually beneficial resolution for at least some of the counts in Plaintiff's complaint.  Additionally, given the possible narrowing of the litigation, this request would serve judicial economy and would conserve both parties' resources.

**Error! Unknown document property name.**

Accordingly, the parties respectively request that the status conference currently scheduled for June 14, 2024, be rescheduled for Monday, July 15, 2024 or any day after such date that the Court can accommodate.

Respectfully submitted,

/s/Daniel A. Schnapp
Daniel A. Schnapp
DENTONS US LLP
1221 Avenue of the Americas
New York, NY  10020
212-398-7630
daniel.schnapp@dentons.com

*ATTORNEY FOR L3HARRIS CINCINNATI ELECTRONICS CORPORATION f/k/a L3 CINCINNATI ELECTRONICS CORPORATION*

The conference is adjourned to July 12, 2024, at 10:00 a.m.

SO ORDERED.

Dated: 6/12/24            /s/ Alvin K. Hellerstein
New York, New York        ALVIN K. HELLERSTEIN
                          United States District Judge