Rebecca J. Fiebig
202.719.3206
rfiebig@wiley.law

**wiley**

Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000

July 10, 2024

**VIA ECF**

wiley.law

Hon. Alvin K. Hellerstein
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**RE: BAE Systems Information and Electronic Systems Integration Inc. v. L3Harris Cincinnati Corporation f/k/a L3 Cincinnati Electronic Corporation, 1:23-cv-01860**

Dear Judge Hellerstein:

As the Court is aware, this firm represents Plaintiff, BAE Systems Information and Electronic Systems Integration Inc. ("BAE Systems"). We jointly write on behalf of the Plaintiff, and Defendant, L3Harris Cincinnati Corporation f/k/a L3 Cincinnati Electronic Corporation ("L3Harris") to respectfully request that the Court adjourn the July 12, 2024, status conference, which was set by the Court's June 12, 2024, Order (ECF No. 43), for a period of no less than 60 days.

The parties have undertaken discussions about potentially resolving some of the claims at issue in this case through a private mediation process, which may narrow the scope of the litigation. The parties are working to finalize the engagement agreements with the third-party assessor, after which time the assessment will be completed. We anticipate this process will take several weeks.

The parties met and conferred to discuss this joint motion and have agreed that staying the status conference for a period of 60 days will give the parties an opportunity to complete the mediation process. There is good cause for this request because the parties are hopeful that through this process, they may reach a mutually beneficial resolution for at least some of the counts in

1

Plaintiff's complaint. Additionally, given the possible narrowing of the litigation, this request would serve judicial economy and would conserve both parties' resources.

Accordingly, the parties respectfully request that the status conference currently scheduled for July 12, 2024, be rescheduled for Tuesday, September 10, 2024, or any day after such date that the Court can accommodate.

THE CONFERENCE IS ADJOURNED TO SEPTEMBER 10, 2024.

Respectfully submitted,

/s/ Rebecca J. Fiebig
Rebecca J. Fiebig (Bar No. RP1982)
Scott Felder (*pro hac vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
rfiebig@wiley.law
sfelder@wiley.law
Phone: (202) 719-7000
Facsimile: (202) 719-7049

ATTORNEYS FOR BAE SYSTEMS INFORMATION AND ELECTRONIC SYSTEMS INTEGRATION INC.

SO ORDERED:

ALVIN K. HELLERSTEIN, U.S.D.J.

ALVIN K. HELLERSTEIN    7/11/24
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK