*The conference is adjourned until January 10, 2025 at 10:00 a.m.*

*Alvin K. Hellerstein*
*10/28/2024*

Rebecca J. Fiebig
202.719.3206
rfiebig@wiley.law

October 24, 2024

**VIA ECF**

**wiley**

Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000

wiley.law

Hon. Alvin K. Hellerstein
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**RE: BAE Systems Information and Electronic Systems Integration Inc. v. L3Harris Cincinnati Corporation f/k/a L3 Cincinnati Electronic Corporation, 1:23-cv-01860**

Dear Judge Hellerstein:

We represent Plaintiff, BAE Systems Information and Electronic Systems Integration Inc. ("BAE Systems"). We jointly write on behalf of the Plaintiff, and Defendant, L3Harris Cincinnati Corporation f/k/a L3 Cincinnati Electronic Corporation ("L3Harris") to respectfully request that the Court adjourn the November 1, 2024, status conference, which was set by the Court's September 10, 2024, Order (ECF No. 47), for a period of no less than 45 days.

The parties are engaged in a private mediation process to potentially resolve some of the claims at issue in this case, which may narrow the scope of the litigation. The process is nearing its conclusion but will likely take a few more weeks.

The parties met and conferred to discuss this joint motion and have agreed that staying the status conference for a period of 45 days will give the parties an opportunity to complete the mediation process. There is good cause for this request because the parties are hopeful that through this process, they may reach a mutually beneficial resolution for at least some of the counts in Plaintiff's complaint. Additionally, given the possible narrowing of the litigation, this request would serve judicial economy and would conserve both parties' resources. This is the parties'

1

fourth joint request for an adjournment to accommodate the mediation process. The prior three requests were granted.

Accordingly, the parties respectfully request that the status conference currently scheduled for November 1, 2024, be rescheduled for Monday, December 16, 2024, or any day after such date that the Court can accommodate.

Respectfully submitted,

/s/ Rebecca J. Fiebig
Rebecca J. Fiebig (Bar No. RP1982)
Scott Felder (*pro hac vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
rfiebig@wiley.law
sfelder@wiley.law
Phone: (202) 719-7000
Facsimile: (202) 719-7049

ATTORNEYS FOR BAE SYSTEMS INFORMATION AND ELECTRONIC SYSTEMS INTEGRATION INC.
