Rebecca J. Fiebig
202.719.3206
rfiebig@wiley.law



Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000

wiley.law

March 3, 2025

**VIA ECF**

Hon. Alvin K. Hellerstein
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**RE: BAE Systems Information and Electronic Systems Integration Inc. v. L3Harris Cincinnati Corporation f/k/a L3 Cincinnati Electronic Corporation, 1:23-cv-01860**

Dear Judge Hellerstein:

We represent Plaintiff, BAE Systems Information and Electronic Systems Integration Inc. ("BAE Systems"). We jointly write on behalf of the Plaintiff, and Defendant, L3Harris Cincinnati Corporation f/k/a L3 Cincinnati Electronic Corporation ("L3Harris") to respectfully request that the Court adjourn the March 7, 2025, status conference, which was set by the Court's January 30, 2025, Order (ECF No. 57), for a period of no less than 45 days.

The parties have previously advised the Court that they are engaged in a private mediation process to potentially resolve some of the claims at issue in this case. In that process, the parties were required to coordinate with the U.S. Government to secure permission to share information that is subject to Department of Defense distribution restrictions with the parties' chosen third-party neutral. That process took longer than initially anticipated. The parties secured the requisite permissions and shared the relevant materials with the neutral in mid-December. The analysis is nearly complete, and the legal and business teams are reviewing the findings. The parties anticipate that the neutral's analysis may lead to resolution or narrowing of aspects of Plaintiff's claims and, potentially, to resolution of the entire case.

1

The parties met and conferred to discuss this joint motion and have agreed that staying the status conference for a period of 45 days will give the parties an opportunity to complete the mediation process. There is good cause for this request because the parties are hopeful that through this process, they may reach a mutually beneficial resolution for at least some of the counts in Plaintiff's complaint. Additionally, given the possible narrowing of the litigation, this request would serve judicial economy and would conserve both parties' resources. This is the parties' sixth joint request for an adjournment to accommodate the mediation process. The prior requests were granted.

Accordingly, the parties respectfully request that the status conference currently scheduled for March 7, 2025, be rescheduled for Monday, April 21, 2025, or any day after such date that the Court can accommodate.

|  |  |
|---|---|
| **The status conference scheduled for March 7, 2025 is adjourned to Friday, April 25, 2025, at 10 a.m.**<br><br>**/s/ Alvin K. Hellerstein, U.S.D.J.**<br>**3/4/2025** | Respectfully submitted,<br><br>/s/ Rebecca J. Fiebig<br>Rebecca J. Fiebig (Bar No. RP1982)<br>Scott Felder (*pro hac vice*)<br>WILEY REIN LLP<br>2050 M Street NW<br>Washington, DC 20036<br>rfiebig@wiley.law<br>sfelder@wiley.law<br>Phone: (202) 719-7000<br>Facsimile: (202) 719-7049<br><br>ATTORNEYS FOR BAE SYSTEMS INFORMATION AND ELECTRONIC SYSTEMS INTEGRATION INC. |