

Rebecca J. Fiebig
202.719.3206
rfiebig@wiley.law

Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000

wiley.law

April 22, 2025

**VIA ECF**

Hon. Alvin K. Hellerstein
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**RE: BAE Systems Information and Electronic Systems Integration Inc. v. L3Harris Cincinnati Corporation f/k/a L3 Cincinnati Electronic Corporation, 1:23-cv-01860**

Dear Judge Hellerstein:

We represent Plaintiff, BAE Systems Information and Electronic Systems Integration Inc. ("BAE Systems"). We jointly write on behalf of the Plaintiff, and Defendant, L3Harris Cincinnati Corporation f/k/a L3 Cincinnati Electronic Corporation ("L3Harris") to respectfully request that the Court adjourn the April 25, 2025, status conference, which was set by the Court's March 4, 2025, Order (ECF No. 59), for a period of no less than 45 days.

The parties have previously advised the Court that they are engaged in a private mediation process to potentially resolve some of the claims at issue in this case. In that process, the parties have received an analysis from an independent neutral and the parties' legal and business teams are in the process of reviewing and evaluating those findings to facilitate negotiations. The parties anticipate that the negotiations may lead to resolution or narrowing of aspects of Plaintiff's claims and, potentially, to resolution of the entire case.

The parties met and conferred to discuss this joint motion and have agreed that staying the status conference for a period of 45 days will give the parties an opportunity to discuss a possible resolution. There is good cause for this request because the parties are hopeful that through this

process, they may reach a mutually beneficial resolution for at least some of the counts in Plaintiff's complaint. Additionally, given the possible narrowing of the litigation, this request would serve judicial economy and would conserve both parties' resources. This is the parties' seventh joint request for an adjournment to accommodate the mediation process. The prior requests were granted.

Accordingly, the parties respectfully request that the status conference currently scheduled for April 25, 2025, be rescheduled for Monday, June 9, 2025, or any day after such date that the Court can accommodate.

**The status conference scheduled for April 25, 2025 is adjourned to June 13, 2025, at 10:00 a.m. So ordered.**

**/s/ Alvin K. Hellerstein, U.S.D.J.**
**4/22/25**

Respectfully submitted,

/s/ Rebecca J. Fiebig
Rebecca J. Fiebig (Bar No. RP1982)
Scott Felder (*pro hac vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
rfiebig@wiley.law
sfelder@wiley.law
Phone: (202) 719-7000
Facsimile: (202) 719-7049

ATTORNEYS FOR BAE SYSTEMS INFORMATION AND ELECTRONIC SYSTEMS INTEGRATION INC.